IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-107-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANIEL FISHER | ) | |

Upon motion of the government and notice that Defendant has violated the conditions of his release, and upon finding probable cause to believe that Defendant has no appropriate living arrangement available to him, and has failed to comply with the prescribed regimen of medical, psychiatric or psychological care and treatment, the court hereby ORDERS, pursuant to 18 U.S.C. §4243(g), that a bench warrant issue and Defendant immediately be taken into custody.

Defendant currently is under the supervision of the United States Probation Office for the Eastern District of North Carolina. The United States Marshal is directed to take Defendant to the Federal Medical Center in Butner, North Carolina, forthwith, where he shall be held for all necessary hearings and until a final Order in this matter issues. The United States Marshal is further directed to notify this court of Defendant's arrival at FMC Butner, as a video-conference hearing will then be set to determine whether Defendant should be remanded to a suitable facility.

This 25 day of January 2016.

TERRENCE W. BOYLE
United States District Judge