IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:08-CR-107-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **REASSIGNMENT ORDER** |
| ) | |
| DANIEL BEAMON FISHER, ) | |
| Defendant. ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable James C. Dever III, Chief United States District Judge, for all further proceedings. **All future documents should reflect the revised case number of 5:08-CR-107-D.**

This 11th day of February, 2016.

for _____
CLERK OF COURT