IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 5:08-CR-107-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DANIEL BEAMON FISHER | ) | |

On February 12, 2016, this matter came before the Court for a hearing to determine whether, pursuant to 18 U.S.C. § 4243(g), the defendant should be remanded to a suitable facility because, in light of his failure to comply with a prescribed regimen of medical, psychiatric, or psychological care or treatment, the defendant's continued release would create a substantial risk of bodily injury to another person or serious damage to property of another.

The Court has considered the evidence and argument presented at the February 12, 2016, hearing. In particular, the Court has considered the testimony and arguments from the defendant and his counsel, a letter from the director of the placement home where the defendant was recently residing (Government's Exhibit A), and the testimony of U.S. Probation Officer Erica Foye.

For the reasons stated on the record during the February 12, 2016, hearing, the Court finds that the defendant has failed to comply with a prescribed regimen of medical, psychiatric, or

1

psychological care or treatment and his continued release would create a substantial risk of bodily injury to another person or serious damage to property of another.

It is therefore ORDERED, pursuant to 18 U.S.C. § 4243, that the defendant, Daniel Beamon Fisher, is committed to the custody of the Attorney General until further order of this Court.

This __12__ day of February, 2016.

                                          HON. JAMES C. DEVER III
                                    CHIEF UNITED STATES DISTRICT JUDGE