IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:08-CR-107-D

| UNITED STATES OF AMERICA | **ORDER** |
|---|---|
| v. | |
| DANIEL BEAMON FISHER | |

Upon motion of the United States and for the reasons stated in the Motion to Seal and good cause shown, it is hereby ORDERED that the government's Exhibit A to its Consent Motion for Order of Conditional Release, filed at Docket Entry 83, be sealed, except that filed, stamped copies be provided to the United States Attorney's Office for the Eastern District of North Carolina and counsel for the defendant.

IT IS SO ORDERED, this __10__ day of __January__, 2019.

JAMES C. DEVER III
United States District Judge